J. H. SIMMONS AND J. B. MORITZ, CO-PARTNERS DOING BUSI-
NESS UNDER THE FIRM NAME AND STYLE OF SIMMONS &
MORITZ. *Plaintiffs in Error*, v. J. C. GREEN, SUCCESSOR
TO J. C. GREEN AND W. M. BRADLEY, FORMERLY PART-
NERS DOING BUSINESS UNDER THE FIRM NAME AND STYLE
OF GREEN & BRADLEY, *Defendant in Error.*

Decision Filed January 27, 1922.

A Writ of Error to the Circuit Court for Dade County;
H. Pierre Branning, Judge.

*Brown, Twyman & Scott,* for Plaintiffs in Error.

*Taylor & Taylor,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the court upon the transcript of the record of the
judgment aforesaid, and briefs and argument of counsel
for the respective parties, and the record having been seen
and inspected, and the court being now advised of its
judgdment to be given in the premises, it seems to the
court that there is no error in the said judgment; it is,
therefore, considered, ordered and adjudged by the court
that the said judgment of the Circuit Court be, and the
same is hereby, affirmed.

BROWNE, C. J., AND TAYLOR, WHITFIELD AND WEST, J. J.,
concur.